# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JESSIE MAYFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. CIV-19-323-SLP** |
| | ) | |
| **ANDREW M. SAUL,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered December 13, 2019 [Doc. No. 25]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is REVERSED and this matter is REMANDED for further proceedings.

IT IS SO ORDERED this 8th day of January, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE